GOLDMYRTLE REALTY CORP., Respondent, v. LOUISE WOELLNER, Appellant, et al., Defendants.—

Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.